FILED

2023 Aug-14  PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **AMY NICOLE SEAL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 3:23-CV-462-CLS** |
| | ) | |
| **VGW, LTD.; VGW HOLDINGS** | ) | |
| **US, INC.; VGW US, INC.; and** | ) | |
| **VGW LUCKYLAND, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This action is before the court on the motion of plaintiff, Amy Nicole Seal, to remand this action to the Circuit Court of Franklin County, Alabama.  Doc. no. 5. Defendants VGW, Ltd.; VGW Holdings US, Inc.; VGW US, Inc.; and, VGW Luckyland, Inc., responded to the motion.  *See* doc. no. 7.  On August 14, 2023, plaintiff filed a notice of supplemental authority (doc. no. 17), drawing the court's attention to the Opinion & Order entered by United States District Judge Liles C. Burke on August 11, 2023, in *Rice v. Aristocrat Leisure, Ltd., et al*., Civil Action No. 3:23-cv-480-LCB, remanding the case to the Circuit Court of Colbert County, Alabama.[1]

---

[1] The issues in *Rice* are identical to those presented here.

Defendants are hereby ORDERED to show cause, if any there may be, on or before August 23, 2023, why the court should not adopt Judge Burke's opinion in this case.

DONE and ORDERED this 14th day of August, 2023.

_____
Senior United States District Judge