# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **AMY NICOLE SEAL ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 3:23-CV-00462-CLS |
| | ) |
| **VGW HOLDINGS US, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses all claims in this action without prejudice. Defendants have filed neither an answer nor a motion for summary judgment. Costs are taxed as paid.

Respectfully submitted this 24th day of August, 2023

/s/   Dargan M. Ware
One of the Attorneys for Plaintiff

**COUNSEL:**

John E. Norris
D. Frank Davis
Wesley W. Barnett
Dargan M. Ware
DAVIS & NORRIS, LLP
Telephone: 205.930.9900
Facsimile: 205.930.9989
jnorris@davisnorris.com

fdavis@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

Jeffrey L. Bowling
BEDFORD, ROGERS & BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256.332.2880
jeffbrbpc@bellsouth.net

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record in this case through the CM/ECF system of the United States District Court for the Northern District of Alabama on August 24, 2023.

                                                   /s/    Dargan M. Ware
                                                   One of the attorneys for Plaintiff